Magistrate Judge Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| DELENA M. VOSHELL, | ) | |
| | ) | |
| Plaintiff, | ) | NO. C08-5675FDB |
| | ) | |
| vs. | ) | ORDER AMENDING |
| | ) | BRIEFING SCHEDULE |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the stipulation of the parties it is hereby ORDERED that the briefing schedule be amended as follows:

        Plaintiff's brief:        March 30, 2009
        Commissioner's brief:    April 27, 2009
        Plaintiff's reply brief:    May 11, 2009

DATED this 2nd day of March, 2009.

*/s/ J. Kelley Arnold*
U.S. MAGISTRATE JUDGE

Presented by:

VAIL-CROSS & ASSOCIATES

By:_____/s/_____
    TARA JAYNE RECK  WSBA# 37815
    Attorney for Plaintiff

ORDER AMENDING BRIEFING SCHED. - 1

**DAVID B. VAIL,
JENNIFER M. CROSS-EUTENEIER
AND ASSOCIATES
P.O. BOX 5707
TACOMA, WASHINGTON 98415-0707
TACOMA: (253) 383-8770
SEATTLE: (253) 874-2546
OLYMPIA: (360) 943-8098  FAX: (253) 383-8774**