# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DELENA M. VOSHELL,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendant. | CASE NO. C08-5675 FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AFFIRMING COMMISSINER |

    The Magistrate Judge recommends that the Court should conclude that Delena M. Voshell was properly denied social security benefits because application of the proper legal standard and substantial evidence support the Administrative Law Judge's (ALJ) finding that Plaintiff is not disabled. Plaintiff has not filed objections to the Report and Recommendation.

    The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

ORDER - 1

1     (2)     The administrative decision is AFFIRMED; and

2     (3)     The Clerk is directed to send copies of this Order to counsel of record.

DATED this 31st day of August, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE