# United States District Court

WESTERN DISTRICT OF WASHINGTON

DELENA M. VOSHELL,

    PLAINTIFF,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    DEFENDANT,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5675FDB

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X___ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation

The Administrative Decision is AFFIRMED.

September 1, 2009

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
Deputy Clerk